FILED

04/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0715

IN THE SUPREME COURT FOR THE STATE OF MONTANA

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | CAUSE NO. DA-23-715 |
| Plaintiff/Appellee, | ) | |
| | ) | ORDER GRANTING |
| | ) | FIRST EXTENSION |
| vs. | ) | FOR OPENING BRIEF |
| | ) | |
| TREVOR ROBERTS, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

UPON consideration of Defendant's unopposed motion for a first extension of the Opening Brief deadline, currently April 29, 2024, and good cause therefrom;

Appellant is granted a 30-day extension of time to file the Opening Brief to and including May 28, 2024, to file and serve his opening brief in the above-entitled matter.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 29 2024